**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GARY DRANCH, Derivatively on Behalf of MEDICAL PROPERTIES TRUST, INC. | * | |
| Plaintiff | * | |
| V. | * | Civil Action No.: 1:24-cv-01899-SAG |
| EDWARD K. ALDAG, JR., *et al.* | * | |
| Defendants | * | |
| and | * | |
| MEDICAL PROPERTIES TRUST, INC. | * | |
| Nominal Defendant | * | |

**JOINT STIPULATION TO STAY DERIVATIVE ACTION AND ORDER**

Plaintiff Gary Dranch ("Plaintiff"), nominal defendant Medical Properties Trust, Inc., ("MPT"), and individual defendants Edward K. Aldag, Jr., R. Steven Hamner, J. Kevin Hanna, G. Steven Dawson, Elizabeth N. Pitman, D. Paul Sparks, Jr., Michael G. Stewart, C. Reynolds Thompson, III, Caterina A. Mozingo, and Emily W. Murphy, (the "Individual Defendants") (collectively with MPT, "Stipulating Defendants," and together with Plaintiff, the "Stipulating Parties") jointly submit this Stipulation to Temporarily Stay Derivative Action (the "Stipulation") and in support thereof state as follows:

WHEREAS, on April 13, 2023, a federal securities action was initiated in the United States District Court for the Northern District of Alabama against MPT and certain of its officers and directors who are named defendants in this action (the "*Dranch* Action"). The Alabama federal

securities action is docketed as *Fiyyaz Pirani, Trustee of Imperium Irrevocable Trust* v. *Medical Properties Trust, Inc., et al.*, Case No. 2:23-cv-00486-CLM (the "Federal Securities Action");

WHEREAS, the derivative claims in the *Dranch* Action and another derivative case brought on behalf of MPT that is pending before this Court and assigned to The Honorable Stephanie A. Gallagher, *Crognale v. Aldag, et al.*, Case No. 1:24-cv-02173-SAG (the *Crognale* Action"), are factually related to the Federal Securities Action;

WHEREAS, on September 26, 2022 The Alabama District Court dismissed the Federal Securities Action with prejudice (the "Dismissal Order" or the "Order of Dismissal");

WHEREAS, the Plaintiff in the Federal Securities Action has filed a motion for reconsideration of the Order of Dismissal, which motion is now fully briefed and awaiting action by the Alabama District Court;

WHEREAS, since entry of the Dismissal Order in the Federal Securities Action, the Stipulating Parties have been stipulating in the *Dranch* Action (and in the *Crognale* Action) to rolling 90-day extensions for response by the Stipulating Defendants to the Complaint filed herein; and

WHEREAS, the Stipulating Parties agree that the time for response by Defendants to the Complaint filed herein is extended through and until September 17, 2025.

NOW THEREFORE, it is hereby stipulated by and between the Stipulating Parties that, subject to the Court's approval:

1. The *Dranch* Action shall be stayed through and until September 17, 2025.

2. Nothing herein shall be construed as a waiver of any Stipulating Party's rights or positions in law or in equity, including as to proper forum or venue, or as a waiver of any defenses that any Stipulating Party would otherwise have, and the Parties reserve all such rights.

Dated: June 16, 2025.

*/s/ Dana Whitehead McKee*
Dana Whitehead McKee
Federal Bar No. 04447
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21201
Email: dwm@browngold.com
Telephone: (410) 962-1030
Fax: (410) 385-0869
(w/ permission—GSW)

Attorney for Plaintiff

/s/ *G. Stewart Webb, Jr.*
G. Stewart Webb, Jr.
Federal Bar No. 00828
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Email: gswebb@venable.com
Telephone: 410-244-7565
Fax: 410-244-7742

Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation, it is SO ORDERED

Dated: June 16, 2025

/s/
Hon. Stephanie A. Gallagher
United States District Judge