**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GARY DRANCH, Derivatively on Behalf of MEDICAL PROPERTIES TRUST, INC. | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:24-cv-01899-SAG |
| EDWARD K. ALDAG, JR., *et al.* | * | |
| | * | |
| Defendants | * | |
| and | * | |
| MEDICAL PROPERTIES TRUST, INC. | * | |
| Nominal Defendant | | |

* * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

Plaintiff Gary Dranch ("Plaintiff"), acting by and through his counsel, hereby gives notice, subject to the Court's approval of the voluntary dismissal without prejudice of the above-captioned shareholder derivative action (the "Action") pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure. No answer or other response has been filed in this Action, and Plaintiff is, therefore, entitled to dismiss the Action. Plaintiff is authorized to state that Defendants do not object or oppose the requested voluntary dismissal.

This voluntary dismissal is not, and shall not be deemed to be, an adjudication of this Action on the merits, and no fees or costs incurred in connection with the Action shall be assessed or awarded. Plaintiff respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any MPT

shareholder, or MPT itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion with any of the Defendants; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal. Plaintiff respectfully requests the Court's approval of this voluntary dismissal without prejudice.

*/s/ Dana Whitehead McKee*

Dana Whitehead McKee
Federal Bar No. 04447
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21201
Email: dwm@browngold.com
Telephone: (410) 962-1030
Fax: (410) 385-0869
(w/ permission—GSW)

Attorney for Plaintiff

**ORDER**

Pursuant to the foregoing Notice by Plaintiff, this Action is hereby voluntarily dismissed without prejudice. SO ORDERED this 23 day of December, 2025.

/s/

Hon. Stephanie A. Gallagher
United States District Judge